## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

    Ruben Del Valle                                        Case No: 20-10850-EPK
    SS#:- 3663                                            Chapter 13
    Rosalie Del Valle
    SS#:- 2339
        Debtor.
_____/

### Debtor's Motion to Pay Interest on Department of the Treasury-Internal Revenue Service Priority Claim

       The Debtor, Ruben Del Valle & Rosalie Del Valle, by and through the undersigned attorney, files this Motion to Pay Interest on Department of the Treasury-Internal Revenue Service Priority Claim and states:

1. The Department of the Treasury-Internal Revenue Service is owed a priority tax claim as set forth in Claim #25. The Department of the Treasury-Internal Revenue Service takes the legal position that interest accrues on said amount over the Chapter 13 Plan period and that the accrued interest is non-dischargeable.

2. The accrual of said non-dischargeable interest severely hampers the Debtor's ability to effectually reorganize and jeopardizes his fresh start. Thus, the Debtor seeks to pay the Department of the Treasury/IRS 5% interest on the priority claim amount as set forth in Claim #25 (or any future amendments thereto) through the Chapter 13 Plan.

3. The undersigned counsel requests attorney fees/costs of $525.00 as a result of filing this motion.

       **WHEREFORE**, the debtor respectfully requests that this Court enter and Order: (1) allowing the Debtor to pay the Department of the Treasury/IRS 5% interest on any priority claim amount in Claim #25 through any Chapter 13 Plan (including amended or modified plans); (2) approving $525.00 in attorney's fees/costs; and (3) such other and further relief as the Court may deem just and proper.

       I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Robin Weiner, Trustee, PO Box 559007, Ft. Lauderdale, FL 33355 and Office of the U.S. Trustee, 51 S.W. First Ave., Ste 1204, Miami, FL. 33130, The Department of the Treasury-Internal Revenue Service P.O. Box 7346, Philadelphia, PA. 19107-7346; William Barr, Attorney General of the United States: 950 Pennsylvania Ave., NW, Room 4400, Washington D.C. 20530; Benjamin G. Greenberg, United States Attorney, Southern District of Florida: 99 NE 4th St. Miami, FL. 33132; Special Assistant United States Attorney, Associate Area Counsel (SBSE) Ft. Lauderdale, 1000 South Pine Island Road, Ste 300, Plantation, FL. 33324; Civil Process Clerk-Attorney General of the United States-Southern District of Florida, 99 NE 4 St Miami, FL. 33132; and all creditors on the attached creditor matrix this 8th day of April 2020.

/s/ Sean I. Koplow
SEAN I. KOPLOW, P.A.
8461 Lake Worth Rd, #204
Lake Worth, FL 33467
Tel (561)642-3000
Fax (561)965-4966
FL Bar No. 0463205